Ryan Hamilton (SBN 291349)
HAMILTON LAW LLC
5125 South Durango, Suite C
Las Vegas, Nevada 89113
(702) 818-1818
Ryan@HamLegal.com

Rory Stevens (SBN 338941)
LAW OFFICE OF RORY L. STEVENS
4303 Southwest Cambridge Street
Seattle, Washington 98136
(206) 850-4444
RoryLawStevensEsq@Gmail.com

James Banker (SBN 317242)
DIGITAL JUSTICE FOUNDATION
210 Flamingo Road, #424
Las Vegas, Nevada 89169
(714) 722-5658
JimBanker@Gmail.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SUPERAMA CORPORATION, INC. D/B/A USA SUMO,<br>*Plaintiff*,<br><br>vs.<br><br>TOKYO BROADCASTING SYSTEM TELEVISION, INC., DOES 1-10,<br>*Defendants*. | Case No. 2:22-cv-00299-MWF (JCx)<br><br>**Plaintiff Superama Corp.'s Notice of Appeal and Ninth Circuit Representation Statement** |

**NOTICE OF APPEAL**

TO THE DEFENDANT IN THIS ACTION (*i.e.*, Tokyo Broadcasting System Television, Inc., Does 1-10):

Pursuant to Federal Rule of Appellate Procedure 3, NOTICE OF APPEAL IS HEREBY GIVEN that

(A)  <u>Plaintiff Superama Corporation, Inc. d/b/a USA Sumo is appealing</u>

(B)  <u>all appealable orders and judgments of this Court in this case</u>, including but not limited to the Order and Judgment on Defendant's Motion to Dismiss, Dkt. 33,

(C)  <u>to the United States Court of Appeals for the Ninth Circuit</u>.

# NINTH CIRCUIT REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2, the following Representation Statement is hereby submitted:

- *Appellant*:   The appellant in this appeal is:
    - Plaintiff Superama Corporation, Inc. d/b/a USA Sumo.
- *Appellant's Counsel*:   Appellant's counsel are:
    - Mr. Gregory Keenan
      DIGITAL JUSTICE FOUNDATION
      81 Stewart Street
      Floral Park, New York 11001
      (516) 633-2633
      Gregory@DigitalJusticeFoundation.org

    - Mr. Andrew Grimm
      DIGITAL JUSTICE FOUNDATION
      15287 Pepperwood Drive
      Omaha, Nebraska 68154
      (531) 210-2381
      Andrew@DigitalJusticeFoundation.org

    - Mr. Ryan Hamilton
      HAMILTON LAW LLC
      5125 South Durango, Suite C
      Las Vegas, Nevada 89113
      (702) 818-1818
      Ryan@HamLegal.com.

- *Appellee*:   The appellee in this appeal is:
    - Tokyo Broadcasting System Television, Inc.
- *Appellee's Counsel*:   Appellee's counsel are:
    - Mr. Willmore "Bill" Holbrow III
      BUCHALTER P.C.
      1000 Wilshire Boulevard
      Suite 1500
      Los Angeles, California 90017
      (213) 891-5235
      WHolbrow@Buchalter.com

- Ms. Ashley Milnes
  BUCHALTER P.C.
  18400 Von Karman Avenue
  Suite 800
  Irvine, California 92612
  (213) 891-5043
  AMilnes@Buchalter.com

- Mr. Michael Worth
  BUCHALTER P.C.
  1000 Wilshire Boulevard
  Suite 1500
  Los Angeles, California 90017
  (213) 891-5232
  MWorth@Buchalter.com

Dated: January 2, 2023              Respectfully submitted,

                                    */s/ Ryan Hamilton*
                                    Ryan Hamilton (SBN 291349)
                                    HAMILTON LAW
                                    5125 South Durango
                                    Las Vegas, Nevada 89113
                                    (702) 818-1818
                                    Ryan@HamLegal.com

                                    *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing on:

Mr. Willmore "Bill" Holbrow III
BUCHALTER P.C.
1000 Wilshire Boulevard
Suite 1500
Los Angeles, California 90017
(213) 891-5235
WHolbrow@Buchalter.com

Ms. Ashley Milnes
BUCHALTER P.C.
18400 Von Karman Avenue
Suite 800
Irvine, California 92612
(213) 891-5043
AMilnes@Buchalter.com

Mr. Michael Worth
BUCHALTER P.C.
1000 Wilshire Boulevard
Suite 1500
Los Angeles, California 90017
(213) 891-5232
MWorth@Buchalter.com

*Attorneys for Defendant,*
*Tokyo Broadcasting System Television, Inc.*

via **electronic filing** in CM/ECF.

Dated: January 2, 2023          */s/ Ryan Hamilton*
                                Ryan Hamilton