Ryan Hamilton (SBN 291349)
HAMILTON LAW LLC
5125 South Durango, Suite C
Las Vegas, Nevada 89113
(702) 818-1818
Ryan@HamLegal.com

James Banker (SBN 317242)
DIGITAL JUSTICE FOUNDATION
210 Flamingo Road, #424
Las Vegas, Nevada 89169
(714) 722-5658
JimBanker@Gmail.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SUPERAMA CORPORATION, INC. D/B/A USA SUMO,<br>*Plaintiff*,<br><br>vs.<br><br>TOKYO BROADCASTING SYSTEM TELEVISION, INC., DOES 1-10,<br>*Defendants*. | Case No. 2:22-cv-00299-MWF (JC)<br><br>**UNOPPOSED[1] MOTION TO EXTEND DEADLINE TO FILE AMENDED COMPLAINT TO NOVEMBER 14, 2024**<br><br>**WITH [PROPOSED] ORDER**<br><br>Judge: Hon. Michael W. Fitzgerald |

---

[1] Counsel conferred via email and opposing counsel confirmed this extension is unopposed. ("Extension is fine.")

1  WHEREAS this Honorable Court has set a deadline of November 4, 2024, for Plaintiff Superama Corporation, Inc., d/b/a USA Sumo ("Superama") to file an amended complaint;

2  WHEREAS the counsel who was to be the principal drafter for the drafting of the amended complaint had to leave the practice of law indefinitely due to his health issues, a major health issue with his wife, and a terminal illness in the family;

3  WHEREAS this absence has led to significant and unexpected demands upon remaining counsel, including among them that a Court of Appeals has unexpectedly indicated it intends to hear a highly complex appeal in another matter that we had expected to be slated for next year on November 19, 2024, which has dramatically accelerated the schedule for additional briefing;

4  WHEREAS the other counsel is in the midst of trial preparation and/or trial and for other reasons related to an intense press of business;

5  WHEREAS these statements are true and correct and made under oath and there is therefore  good cause for an extension of time of 10 days to file the amended complaint, up to and including November 14, 2024, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure as well as under the local rules;

6  WHEREAS Superama's counsel has conferred via email with opposing counsel who has confirmed that this extension request is **unopposed**;

7  IT IS HEREBY AGREED, by and between the Parties and moved for and respectfully requested by Superama, that

1. The deadline to file the amended complaint should be extended by 10 days, up to and including, Thursday, November 14, 2024.,

DATED: November 4, 2024              HAMILTON LAW, LLC

*/s/ Ryan Hamilton*
Ryan Hamilton (SBN 291349)
*Attorney for Plaintiff,*
*Superama Corp., Inc.*
*d/a/a USA Sumo*

# [PROPOSED] ORDER

IT IS ORDERED that deadline to file the amended complaint should be extended by 10 days, up to and including, Thursday, November 14, 2024.,

IT IS SO ORDERED.

Dated _____, 2024          _____
                                  HONORABLE MICHAEL W. FITZGERALD
                                  UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing on:

> Mr. Willmore F. "Bill" Holbrow III
> 1000 Wilshire Boulevard
> Suite 1500
> Los Angeles, California 90017
> (213) 891-5235
> WHolbrow@Buchalter.com
>
> *Attorneys for Defendant Tokyo Broadcasting System Television, Inc.*

via **electronic filing** in CM/ECF.

Dated: November 4, 2024          */s/ Ryan Hamilton*
                                 Ryan Hamilton